## VAN SLOCHEM v. VILLARD et al.

(Supreme Court, Appellate Division, First Department.   December 6, 1912.)

Appeal from Special Term, New York County.

Action by Herman Van Slochem against Harold G. Villard and others. From an order denying a motion for judgment on the pleadings, certain defendants appeal. Affirmed.

See, also, 151 App. Div. 938, 135 N. Y. Supp. 1147.

Argued before INGRAHAM, P. J., and McLAUGHLIN, CLARKE, SCOTT, and DOWLING, JJ.

Edgar J. Nathan, of New York City, for appellants.
Henry L. Scheuerman, of New York City, for respondent.

SCOTT, J.   For the reasons stated upon the appeal of Harold G. Villard (Van Slochem v. Villard, 138 N. Y. Supp. 852) from the order overruling his demurrer to the complaint, the order herein appealed from will be affirmed, with $10 costs and disbursements.

INGRAHAM, P. J., and McLAUGHLIN and CLARKE, JJ., concur. DOWLING, J., dissents.